

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2026

No. 04-25-00736-CR

Kimberly **CARACHEO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-4245
Honorable Christine Del Prado, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 7, 2026.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court